Oliver DUDLEY *v.* STATE of Arkansas

CR 85-183                                          697 S.W.2d 912

Supreme Court of Arkansas
Opinion delivered October 28, 1985

*Law Offices of Jim Lyons*, by: *Scott Emerson* and *Scott Davidson*, for appellant.

*Steve Clark*, Att'y Gen., by: *Theodore Holder*, Asst. Att'y Gen., for appellee.

PER CURIAM. ■ Appellant's petition for writ of certiorari is granted. Because the petition contains allegations that the court reporter, Ms. Ralphalene Forbis, has refused to transcribe the trial testimony, we are referring this matter to the committee on Supreme Court Board of Certified Court Reporters for whatever action it may deem appropriate.

PURTLE, J., not participating.